UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| DONALD ASCHINGER, | |
| Plaintiff(s), | 3:11-cv-0042-LRH-VPC |
| vs. | |
| MINERAL COUNTY SCHOOL DISTRICT, et al | ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURES |
| Defendant(s). | |

Counsel for plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, dismissed without prejudice as to: Mineral County School District and Nat Lommori.

DATED this 16th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE